IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OLEN R. GUNTER,     PLAINTIFF
ADC # 107937

V.     No. 4:10CV00071-GTE-BD

SALINE COUNTY DETENTION
FACILITY, et al.     DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against the Saline County Detention Facility are DISMISSED with prejudice. Plaintiff's claims against Defendants Snodgrass, Lobbs, Ford, Leach, and Reed are DISMISSED without prejudice. The Court also certifies that an appeal of this dismissal would be frivolous and not take in good faith.

IT IS SO ORDERED, this 22nd day of March, 2010.

                                           /s/ Garnett Thomas Eisele
                                           UNITED STATES DISTRICT JUDGE